E-FILED
Tuesday, 20 November, 2018  03:18:51 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

MARK-HALL

Plaintiff

)
)
)
)
)

vs.

)
)

Case No. _____

(1) C.A.O. Terri A-Kennedy

)

*(The case number will be assigned by the clerk)*

WARden #② FRENCH

)

WARder (#3) AMY rusker's

)

MAjor: SUSAN Prietence

)

)
)
)
)
)
)
)

SCANNED at PCC and E-Mailed
11/20/18 (date) by AD (initials)
8 (# of pages)

Defendant(s)

)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: MARK  ANTHONY  HALL

Prison Identification Number: Y-23386

Current address: PONIAC  IL, 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: (#1) WArdeN  terri  KeNNeddy

Current Job Title: SHe  is  tHe  CAO

Current Work Address PONiac  IL  61764  PONiac  Prison  CC

Defendant #2:

Full Name: (2) WArdeN - FReNcH   NoT  AwAre  oF  Full name

Current Job Title: DoNT  KNow  His  title

Current Work Address  PaNiac  PriSoN  C.C.  PoNiac IL, 61764

Defendant #3:

Full Name: (#3)  AMY  RUSKENS

Current Job Title: NOT  AwAre  oF  Her  title

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☐ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___PONiaC  CC  WesT cell House___

4

Date(s) of the occurrence _____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I've Been Here in Poniac Prison For Now 11 Month's and since I've Been Here in Poniac screegation North and west House there as Been Roach's in my cell Just recently on 11-22-18 there as Been Bird's and mice- spiders and even Hugh Roach's. Now Bird's and mice Carry Deadly Bacteria's and even disease's this is a violation's of my Eight Amendment. STAtes v.s Wilson 501 v.s 294 305 (1991) Also there not given Inmate's Cleaning Bacteria spray to Pervent us From Rashe's. I Had a matress that Had a strange smell coming from this matress, I slept on the matress and the next morning i woke up on 11-22-18 with a Burning Rash on My upper Left Buttock. Also in the west cell House i Have Been drinking this water From my cell. And it's got to Be something in this water cell 918- my guess would Be Lead. which is a known FACT of Lead in the water could cause serious Problomes to my Health. I Had

5

White rays on the sink and now my ray as turned green. There's also fly's in the west cell house that be flying around and sometimes lands in my food. This matter has been greivenced by alot of us here in Poniac. The inmate's and i myself as had it. So im taken this next step to the court's. Im hoping something can be done for my own compliant of my right's that had been violated of the 8th amendment State v.s Wilson 501 u.s. 294. 305 (1991)

6

RELIEF REQUESTED

(State what relief you want from the court.)

12 PeoPle JUrY tRAiL

JURY DEMAND      Yes  ☒      No  ☐

Signed this _mark Hall_ day of _November 22_ , 20 _18_ .

_mark Hall_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| MARK ANTHONY HALL | Y-23386 |
| Address: PONiac Prison C.C | Telephone Number: NOT Allowed To Be Known |