Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Mark Anthony Hall, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 18-cv-1420 |
| ) | |
| Terri A. Kennedy, French, ) | |
| Amy Ruskens, and Susan Prentice, ) | |
| ) | |
| **Defendants.** ) | |

FILED
JUN 19 REC'D 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

**Dated:** 6/19/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court